Katrina McClenny, Chief Deputy Clerk          20 November 2015

Twelfth Court of Appeals

1517 West Front Street  Ste. 354

Tyler, Texas  75702

Re:  Request for file mark-- Appellant's Pro Se Motion To Suspend Filing Fee

12th (COA) No. 12-15-00259-CV          Motion To Suspend Rule 9.3.

Ref. Tr. Ct. No. 114-0765-14

Style:  Delanda Letregg Player

v.

The State of Texas

Dear Ms. McClenny

          Please find the enclosed aforementioned Motion To Suspend Filing Fee in

the above style and cause.  As Appellant Player', is requesting for said Motion's

to be file marked and presented to the Hon: Judge's of the Twelfth Court of App-

eals for their review and considerations of the Appellant's pleadings therein.

          In addition Ms. McClenny it may be noted that Appellant Player' has con-

tacted the District Clerk, Lois Rogers as encouraged to do so by your letter

of November, 6, 2015  Inquiring whether there was anything the Office of the

District Clerk/Court Reported needed from him to complete the record ?  Sent

also on Nov. 20, 2015  Therein,  a second request has been made to the District

Clerk, to forward Appellant Player', a copy of the Clerk's/Reporter's Record's

for cause to his current place of confinement-- so he may timely perfect his

appeal.  A duplicate/copy of said letter is ATTATCHED herein...

          Thank-You, in advance for your time and assistance with this matter.

                                        Sincerly,

                                        _Delanda Player_ Pro Se

                                        Delanda Letregg Player
                                        TDCJ-ID#1955184
                                        Wynne Unit
                                        810 FM 2821
                                        Huntsville, Texas
                                                   77349

ORIGINAL                      I.                              COPY

                    (Let. to Chief-Deputy-Clerk)

12th. Dist. (COA) No. 12-15-00259-CV

Ref. Tr. Ct. No. 114-0765-14

Delanda Letregg Player                     §

      (Appellant)                          §

v.                                          §          Twelfth Court of Appeals

The State of Texas                          §          Tyler Texas

      (Appellee)                           §

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 23 2015

TYLER TEXAS
PAM ESTES, CLERK

To The Honorable Judge of said Court:

### MOTION TO SUSPEND RULE 9.3

COMES NOW, Delanda Letregg Player, TDCJ-ID#1955184 Appellant Pro Se here-an after to present the above styled motion for cause.

Appellant Player', submits he anticipates filing his Pro Se Appellant's Brief pursuant to Tex. R. App. P. Rule 38.1. in the near future--

Pursuant to Twelfth District (COA) local rules of the Court-- as provided to him by Chief-Deputy-Clerk's Office in a November 6, letter-- stating an "Original" and (4) "Original/Duplicates". Ref. Briefs

Appellant submits TDCJ-ID Wynne Unit does not provide an indigent or any other offender for that matter, access to any photo copier equipment.

The Wynne Unit Law Library currently does not have any means for the Appellant to create any computer generated documents-- for purposes of eltronic filing with the courts.

### PRAYER

Appellant Player', request of the court to consider his pleadings here-as just, and for the Hon: Court to rule accordingly.

SUBMISSION TO COURT

Respectfully submitted,

DATED ON THIS THE 20, DAY OF November, 2015

*Delanda Player*  Pro-Se

Delanda Letregg Player

TDCJ-ID#1955184

Wynne Unit

810 FM 2821

Huntsville, Texas

            77349

-1-

## CERTIFICATE OF SERVICE

I, Delanda Letregg Player, TDCJ-ID#1955184 certify that I have sent a true and correct "ORIGINAL COPY" of Appellant's Pro Se Motion To Suspend Filing Fee via United States Mail postage prepaid to the following parties:

Katrina McClenny, Chief-Deputy-Clerk
Twelfth Court of Appeals
1517 West Front Street   Ste. 354
Tyler, Texas   75702

Appellant;
Delanda Letregg Player
TDCJ-ID#1955184
Wynne Unit

**\* Please Construe:**

Motion To Suspend Rule 9.3. (herein)

DATED ON THIS THE 20, DAY OF November, 2015

Pro Se

Delanda Letregg Player
TDCJ-ID#1955184
Wynne Unit
810 FM 2821
Huntsville, Texas
77349

C.  Chief-Deputy-Clerk McClenny'
CC. Appellant Player'
[Enclosures as Stated]